IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FNU RAINEY, et al., )<br>)<br>Defendants. ) | Case No. CIV-25-932-PRW |

## ORDER

On September 23, 2025, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (Dkt. 5), recommending the Court dismiss the complaint (Dkt. 1) without prejudice for Plaintiff's failure to follow the Court's rules and orders.

Plaintiff was advised that he had a right to object to the Report and Recommendation by October 14, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 5). No objections have been filed as of this date. Having failed to object, Plaintiff has accordingly waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 5).[1]

Upon review of the Report and Recommendation (Dkt. 5), the Court:

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).

1

(1) **ADOPTS** in full the Report and Recommendation (Dkt. 5) issued by the Magistrate Judge on September 23, 2025; and

(2) **DISMISSES** the complaint without prejudice.

**IT IS SO ORDERED** this 13th day of November 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE